NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ROBERT DONNELL DONALDSON,
*Petitioner,*

v.

DEPARTMENT OF HOMELAND SECURITY,
*Respondent.*

2012-3161

Petition for review of the Merit Systems Protection Board in case no. DC1221120087-W-1.

ON MOTION

# ORDER

Robert Donaldson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to proceed in forma pauperis is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

SEP 1 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert Donnell Donaldson
Joshua E. Kurland, Esq.
Jeffrey Gauger, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2012

JAN HORBALY
CLERK